Laura Edna Miles, Appellant, v. Chicago Transit Authority, Appellee.

Gen. No. 48,179. 

First District, Second Division.

February 21, 1961.

Gomberg, Missner & Lacob, of Chicago (Sidney D. Missner and Seymour O. Lacob, of counsel) for appellant; William J. Lynch and William S. Allen, and Edmund J. Burke, and Jerome F. Dixon, all of Chicago, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.